_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL AND EXCLUDING TIME |
| Plaintiff, | : | |
| v. | : | |
| GILBERT MEDINA, | : | Case No. 2:06-CR-712 TS |
| Defendant. | : | JUDGE TED STEWART |

_____

Based upon the Defendant's Motion to Continue, the Court finds as follows:  The requested continuance is required to allow sufficient time for discovery that is expected to be voluminous and time to review said discovery.  The government has no objection to the continuance. To deny the Motion would deprive Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(8)(A). Moreover, the court finds that the defendant's request for additional time is reasonable and justifies his motion for a continuance.   It is therefore

ORDERED that Defendant's Motion to Continue Trial (Docket No. 34) is GRANTED.  It is further

ORDERED that the jury trial set to begin on February 8, 2007, is VACATED. It is further

ORDERED that a final pretrial conference is set for April 10, 2007, at 2:00 p.m. A four-day jury trial shall begin on April 30, 2007, 2007, at 8:30 a.m.   It is further

ORDERED that time from February 8, 2007, through the date of the new trial shall be excluded in computing the time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8).

Dated this 2nd day of January 2007.

_____
THE HONORABLE TED STEWART
UNITED STATES DISTRICT COURT JUDGE